IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:13-cv-00157-BO

| | |
|---|---|
| THE SOCIAL SCIENCE HISTORY ASSOCIATION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| DUKE UNIVERSITY, ) ) | |
| Defendant. ) | |

This matter is before the Court on the Consent Motion to Amend Complaint [DE 26 & 28]. Good cause therefore having been shown, the Consent Motion is GRANTED. Plaintiff shall file with this Court and serve that amended complaint presently filed at CM/ECF Entry 27 within five (5) days of the date of entry of this Order. Defendants shall file their response or answer to that amended complaint within the time period provided by Rule 15(a)(3) of the Federal Rules of Civil Procedure. Plaintiff's Motion to Strike Defendant's Affirmative Defenses [DE 21] is DENIED AS MOOT.

SO ORDERED.

This the **30** day of July, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE