IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:13-cv-00157-BO

| | | |
|---|---|---|
| THE SOCIAL SCIENCE HISTORY ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | ORDER |
| DUKE UNIVERSITY, | ) ) | |
| Defendant. | ) ) | |

Having shown good cause, the Court GRANTS The Social Science History Association's ("SSHA") Motion to Seal. The Court finds that SSHA has shown that public dissemination of the contents of Exhibit 1 to Declaration of William H. Sewell, Jr., Ph.D. may harm a non-litigant third party. As a result, the Court finds the harm to this non-litigant outweighs the public's First Amendment right of access.

THEREFORE, it is ORDERED that Exhibit 1 remain sealed.

This the 9 day of April 2014.

The Honorable Terrence W. Boyle
United States District Judge for the
Eastern District of North Carolina