IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-157-BO

| | |
|---|---|
| THE SOCIAL SCIENCE HISTORY ASSOCIATION,<br>Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY,<br>Defendant. | ORDER |

This cause comes before the Court on defendant's motion to temporarily seal documents and information designated as confidential by plaintiff. [DE 55]. Defendant seeks to file under seal certain exhibits to its motion for partial summary judgment that plaintiff had designated as protected under the terms of a protective order entered August 6, 2013.

Plaintiff has responded to the instant motion and states that it "rescinds its confidentiality designation for these documents and does not request that they be filed under seal." [DE 57]. Plaintiff further "consents to the lifting of the temporary seal and to these documents being publicly available." *Id.*

In light of plaintiff's agreement that these documents need not be filed under seal, defendant's motion is DENIED AS MOOT. The clerk is DIRECTED to remove any designation as sealed the exhibits to defendant's motion for partial summary judgment. [DE 54].

SO ORDERED, this 9 day of April, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE